# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>V.<br>Jose Luis Llamas-Delgado<br>DEFENDANT(S). | CASE NUMBER<br>ED11MJ246<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7-20-11__, ____, at __2:00__ ☐ a.m. ☒ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7-18-11__       _____
                          U.S. District Judge/Magistrate Judge